# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **DIANE BLOBERG,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-23-CV-312-KC |
| | § | |
| **AKIMA GLOBAL SERVICES, LLC,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the parties' Joint Stipulation of Dismissal, ECF No. 36. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' Stipulation of Dismissal, the Court **ORDERS** that all claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** as moot.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 28th day of October, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE